RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 30 2014

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

CASE #: **1 14-CV-4133**



- Copy of Plaintiff's Complaint.

- Copy of Department of the Treasury (EEO) Final Agency Decision (d. 11-12-2014), 2 pages.

- Copy of employee's handwritten note (d. 03-02-2012) for EEO,
 1 page.

- Copy of Supreme Court of the United States, Case #: 13-9974:

 * Question(s) Presented;

 * Statement of the Case;

 * Reasons for Granting the Petition.

U.S. DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA

COMPLAINT:

- 'PLEDGE OF ALLEGIANCE: I pledge allegiance to the Flag of the United States of America, and to the Republic for which it stands: one Nation under God, indivisible, with Liberty and Justice for all'.

Just as the word "except" do not appear after the word "all", in Rom. 3:23 and the Pledge of Allegiance; it appears the Department of the Treasury inserted the word "except" after the word "all" in the Pledge of Allegiance, when it came to this employee.

This "all (employee)" did not receive and was not granted Justice, Mercy, a Hearing or a Trial.

- One do not or can not change the foundation (in this case, the U.S. Constitution and the U.S. Bill of Rights). The structure or building may change (good or bad or for better or worse), but not the foundation.

- If the U.S Government violated employee's (as well as other American citizens, which includes: attorneys, judges, congressmen/women, senators, individuals, aliens, etc.) U.S Constitution & Bill of Rights, Rights; by enforcing laws, which were not passed by the U.S. Congress; When did the practise become legal?

- My concern or question is this: What is the problem, when a Cook or Chef refuse to taste or eat his or her own Cooking?

## DEPARTMENT OF THE TREASURY FINAL AGENCY DECISION

In the matter of

Barbara Gipson v. Jacob J. Lew, Secretary of the Treasury

TD Case No. IRS-14-0745-F

This decision concerns the above referenced complaint of discrimination filed on October 11, 2014 against the Department of the Treasury. In accordance with the regulations of the Equal Employment Opportunity Commission (EEOC) at 29 C.F.R. Part 1614, I am dismissing the complaint as explained below.

In this complaint, Complainant alleged discrimination based on age (over 40) and physical disability regarding several matters that occurred during her employment with the IRS. Complainant was terminated from the IRS on March 2, 2012, and Complainant appealed her termination to the Merit Systems Protection Board (MSPB). On September 19, 2012, Complainant entered into a settlement agreement with the agency that included any and all claims arising out of her employment with the agency. In October 2012, Complainant filed a request with the MSPB to have the settlement set aside, because she was unrepresented. However, the MSPB upheld the validity of the settlement agreement. Docket number AT-0752-12-0418-I-2. Complainant then appealed to the U.S. Court of Appeals for the Federal Circuit, which also upheld the agreement. Docket number 13-3157. Therefore, this complaint must be dismissed as it raised matters that were covered by the settlement agreement

In conclusion, all claims in this complaint are dismissed. An award of damages is not appropriate. This decision constitutes the final agency decision for the Department of the Treasury. Appeal rights are enclosed.

Mariam G. Harvey
Digitally signed by Mariam G. Harvey
DN: c=US, o=U.S. Government, ou=Department of the Treasury, ou=Departmental Offices, ou=People, serialNumber=200095, cn=Mariam G. Harvey
Date: 2014.11.12 18:02:59 -05'00'

Director,
Office of Civil Rights and Diversity

1

## DEPARTMENT OF THE TREASURY

## OFFICE OF CIVIL RIGHTS AND DIVERSITY

## CERTIFICATE OF SERVICE

On this date, I mailed a copy of the final agency decision or final order on the complaint filed by Barbara Gipson, TD No. IRS-14-0745-F, to the persons listed below by the methods specified, including the Decision (1 pages), Notice of Appeal Rights (2 pages), EEOC Form 573 (2 pages), the Privacy Act Statement (1 page), and this Certificate of Service (1 page). There are 7 pages total.

*[signature]*
LaSebia Brice, EEO Assistant
Department of the Treasury
Office of Civil Rights and Diversity
1500 Pennsylvania Ave NW
Washington, D.C 20220
Telephone: 202-622-1160

Date: Nov 12, 2014

Sent to:
Barbara Gipson
2657 Lilac Drive
Morrow, GA 30260-1550

cc:
Kelli Key, Acting Deputy Executive Director, Equity, Diversity and Inclusion, Internal Revenue Service

Andrew Greene, Area Counsel (GLS), IRS Chief Counsel

1

IDEAS FOR EEO

03-02-2012
FRIDAY
- FIRED BY DM: KEVIN PARKER
- MANAGER (TONYA M HIGHTOWER) CAME & TOLD ME, THE DM WANTED TO SEE ME IN HIS OFFICE. TIME: AFTER 2:06 PM OR SO
- I WAS NOT ALLOWED TO PACK MY THINGS. GIVEN LESS THAN 30 MINUTES

- I DID MY JOB, ONLY REFUSED TO GET ON TELEPHONE DUE TO STRESS (& HEAD ACHES) EFFECTS ON MY STOMACH

- NTEU REFUSED TO COME TO MEETING. DM STATED:

- MANAGEMENT & UNION COULD HAVE RE-ASSIGNED ME

- DISCRIMINATION, LOT OF IT WITHIN IRS

- MY REQUEST: IRS MANAGEMENT, PROVE ME WRONG, IRS DISCRIMINATED AGAINST ME.

- I DID NOT HAVE TIME TO GET MY ITEMS OR COPIES OF MY STATEMENTS OFF SYSTEM/ DESKTOP.
  IDEAS

## QUESTION(S) PRESENTED

1. Are the U.S. Constitution and the Bill of Rights still in effect? If they are, do they apply to all Americans or do they only apply to some Americans? Are the Rights of the American people, still guaranteed and protected under the U.S. Constitution and the Bill of Rights?

2. Have a golden image of "Immorality" and "Created Civil Rights (CCRs)", been set up and the American people are given the choice, to bow or be persecuted, if they do not bow (Daniel 3:1-7, 11-12, 18-23)?

3. Do the employer (the American people) run the company (the United States of America) or do the employees (politicians, the U.S. government and U.S. government agencies)? Are we (the U.S. of America) still a republic government; or, Are we a democracy? Do we as American people, taxpayers and citizens rule the country or does the U.S. government?

4. If ordinary United States citizens of America, individuals and aliens are obligated to abide by the law; are the Executive, Legislative, Judicial branches of the U.S. government, as well as the U.S. government and U.S. government agencies (which are composed of made up mainly of U.S. citizens), above the laws of the land (United States of America); or, does the law only apply to certain individuals?

5. How long will the Executive branch, Legislative branch and Judicial branch, turn their heads while U.S. government agencies intimidate taxpayers, U.S. citizens and individuals for exercising their U.S. Constitution and Bill of Rights, Rights?

6. Are U.S. government agencies and branches of the U.S. government held accountable or liable for their unlawful activities or actions by Congress as well? If not, Why not?

7. Why are some of the following: citizens, individuals, aliens, attorneys, legislators or the legislative branch, afraid of the (IRS) Internal Revenue Service or Treasury; by allowing the IRS to violate or disregard the law? Or, is the U.S. government, U.S. government agencies, and the Treasury above the law?

8. Although the Executive branch, Legislative branch and Judicial branch, the U.S. government and U.S. government agencies are comprised of U.S. government agencies and private citizens; are those agencies and varies individuals exempt from obeying the U.S. Constitution and the Bill of Rights, or is it okay for them to disregard those same laws?

9. If the Legislative branch of the United States are responsible for creating and passing the laws of the land; and the laws are suppose to be "one law(s) fit or apply to all", are there laws that exempt the U.S. government from obeying those same laws?

10. Are there two (2) sets of laws, one (1) set for the following: Executive branch, Legislative branch, Judicial branch, the U.S. government and U.S. government agencies; and a second (2nd) set of laws for the American citizens, taxpayers, aliens and some government employees?

11. Is it lawful for the Executive, Legislative, Judicial branches, the U.S. government, U.S. government agencies, or individuals to impose the beliefs or ethics or morals of certain individuals or groups as "Civil Rights (CRs)", upon the citizens of the United States (private citizens and companies), who do no consider certain morals or ethics a part of the U.S. Constitution or the Bill of Rights?

12. Is it not the job of the Treasury and the Judicial branch to enforce the law without prejudice and is it not the job of the Legislative branch to create and pass laws?

13. Do the Executive branch, Legislative branch, Judges, Attorneys or Individuals have the right to remove, change or ignore the law; if they do not agree with the law, during trials and/or hearings? Do the American citizens have the same rights? Is there a different in showing mercy and changing or rewriting the law during a trial?

## QUESTION(S) PRESENTED

14. How long will Congress turn their heads and a deaf ear to the cries of the American citizens and taxpayers, by allowing the U.S. government, the Treasury and some of the other U.S. government agencies, to do their (Congress) job; by rewriting the laws; violating the U.S. Constitution and the Bill of Rights, Rights, of the taxpayers and U.S. citizens?

15. When will the Legislative body of the U.S. government or Congress begin to hold the Treasury accountable for their actions; and since some of those actions or acts violate the rights of taxpayers and some government employees?

16. Why do the Judicial system and Congress allow the U.S. government and U.S. government agencies to practise double standards and to violate the rights of the American people, which are guaranteed by the U.S. Constitution and the Bill of Rights? How long will Congress allow this to take place?

17. All Americans, individuals as well as the U.S. government, and U.S. government agencies should be held equally, accountable for their actions, based on the U.S. Constitution and the Bill of Rights. Why is the Treasury and other U.S. government agencies allowed to violate taxpayers, U.S. citizens and some government employees rights, by using fear and intimidation tactics to enforce the law?

18. Are there laws to cover employees, who have been dismissed or fired (by their employers), with a steady history of work (10-20 years or more); to allow for those employees to receive their unemployment benefits (even if those unemployment benefits are to be repaid, in some cases; and since some of those employees do not have any other source of income; and to prevent hardship situations), even if their claims are denied; and until all appeals or disputes have been processed or settled?

19. Why are there no funds available to cover the legal fees or expenses for taxpayers who have complex legal claims against the U.S. government (or any U.S. government agency), who can not afford attorneys or if attorneys refuse to accept these cases?

20. Can the American people, taxpayers, U.S. citizens and government employees, file a class action lawsuit against the U.S. government for violating their guaranteed rights under the U.S. Constitution and the Bill of Rights?

21. How long will the U.S. government and U.S. government agencies, continue to be allowed to sweep their illegal activities and internal issues under the rug? Why are U.S. government agencies allowed to sweep internal issues under the rug?

22. Is it lawful for the U.S. government or U.S. government agencies to intimidate some government employees and taxpayers?

23. Is it not the Treasury or Service (IRS) job to enforce the law, without intimidating tazpayers and U.S. government employees? Or, Why do the U.S. government and U.S. government agencies use intimidation (without mercy; and mercy is included and allowed by the law) to enforce the law, instead of just enforcing the law, based on the laws of the land? Do the U.S. government and U.S. government agencies function on intimidating some taxpayers and government employees?

24. Are new laws, for the U.S. government or for the states, compared to the U.S. Constitution and the Bill of Rights? Do law makers use the U.S. Constitution and the Bill of Rights as guidelines, when creating those laws?

25. Should not we as Americans be careful what we make into laws? Do we think about or consider; or, are we aware of the repercussions and consequences that we impose upon American citizens (grandparents, senior citizens, children, family members and loved ones, etc.); and/or, anyone else who resides in the United States?

## QUESTION(S) PRESENTED

26. Equal treatment is fair treatment to all citizens; Civil Rights are fair treatment to all Americans (men, women, boys and girls) and aliens. Is it a fact, When the law is not enforced fairly, lawless will increase?

27. Is it lawful for the U.S. government or the U.S. government agencies or U.S. government entities to honor "Created Civil Rights (CCRs)" for certain or specific groups (special groups, races, genders, ethnic groups, etc.) or individuals, over or above the "Civil Rights (CRs)" of the American people; which are guaranteed by the U.S. Constitution and the Bill of Rights?

28. Are "Created Civil Rights (CCRs)" legal and are they "Civil Rights (CRs)"? Are they (CCRs) lawful, based on the U.S. Constitution and the Bill of Rights? Are CCRs covered under Civil Rights or part of Civil Rights? If CCRs are considered lawful, do they (CCRs) violate the guaranteed Civil Rights of the American citizens, who happen to disagree with them (CCRs)?

29. What are Civil Rights? If it is not listed in the U.S. Constitution or the Bill of Rights, does that make it a Civil Right? Do Civil Rights apply to opinions? Are ethics, morals and beliefs, Civil Rights, and are they the same? Are accountability, ethics, morals or Rules of Conduct, "Civil Rights (CRs)" or "Created Civil Rights (CCRs)"?

30. If "Created Civil Rights (CCRs)" are rights forced, by the U.S. government and U.S. government agencies, upon individuals or the American citizens, who oppose them; and CCRs are not in the original, U.S. Constitution or the Bill of Rights; Is it a Civil Rights violation, if two or more individuals disagree and have differnent opinions, beliefs and morals?

31. If "Civil Rights (CRs)" do not include or allow bullying or intimidation; and if "Created Civil Rights (CCRs)", allow for individuals or people who disagree with them (CCRs), to be bullied and intimidated, is this lawful?

32. Since "Created Civil Rights (CCRs)" are labeled as "Civil Rights (CRs)", based upon some individuals or groups, opinions and beliefs, which were and are not included in the U.S. Constitution and the Bill of Rights; Why are "Created Civil Rights (CCRs)" labeled as "Civil Rights (CRs)"?

33. My opinion and beliefs are not the law or laws of the land, but the law or laws of the land can be my opinion or opinions. If the law do not force U.S. citizens or individuals to believe in God, or to accept God; than, Why are the beliefs and opinions of some individuals and groups made into laws? Why are some people (which include some of our loved ones) or individuals or groups, opinions and beliefs, being referred to as laws of the land or made into laws?

34. Should "Created Civil Rights (CCRs)" laws conflict with the traditional laws (the U.S. Constitution and the U.S. Bill of Rights) of the land?

35. Does "Created Civil Rights (CCRs)" laws (i.e. The Affordable Care Act; same sex marriages; laws that force girls and females to share the same bathrooms with strangers, men and boys, etc.), interfere with the rights and civil liberties, which are provided and guaranteed by the U.S. Constitution and the Bill of Rights, for all American citizens?

36. If somethings or some laws are not listed as "Civil Rights (CRs)" in the U.S. Constitution and the Bill of Rights, are they "Civil Rights (CRs)"; if they are labeled as "Civil Rights (CRs)" by an individual or a group; and yet, they are not considered "Civil Rights (CRs)" by another group; does that make them "Civil Rights (CRs)"?

37. If "Created Civil Rights (CCRs)" are rights granted to specific individuals or groups,. by some law makers and some judges; and "Civil Rights (CRs)" are guaranteed by the U.S. Constitution and the Bill of Rights for all Americans; which one is considered to be an unlawful violation of the law?

## QUESTION(S) PRESENTED

38. Are most Americans going to be forced, against their wills, to accept the opinions and beliefs of some U.S. Citizens, as "Created Civil Rights (CCRs)" and the law; when the U.S. Constitution and the Bill of Rights define the laws (and not the opinions or beliefs of some individuals or groups) of the land for all U.S. citizens?

39. Do true "Civil Rights (CRs)" violate the rights of any American citizen?

40. Will the American people be obligated to violate their own "Civil Rights (CRs)", guaranteed by the U.S. Constitution and the U.S. Bill of Rights; if "Created Civil Rights (CCRs)" are labeled as "Civil Rights (CRs)"? Why do they (CCRs) violate the rights of the American citizens, who disagree with them; are Americans violating or breaking the law?

41. If "Created Civil Rights (CCRs)" are forced upon the American citizens, by the U.S. government and U.S. government agencies, is this illegal or legal?

42. If "Created Civil Rights (CCRs)", which are based on the opinions and personal beliefs of some individuals and/or groups; do they supersede the "Civil Rights (CRs)" of the American citizens, which are guaranteed by the U.S. Constitution and the Bill of Rights?

43. Can Americans be sued for discrimination under the hate crime laws, and should they be forced to go along with someone's (family, friends, loved ones, strangers, etc.) '"Created Civil Rights (CCRs)", or be forced to accept "Created Civil Rights (CCRs)", while thir "Civil Rights (CRs)", are violated by the opposing party or parties? Are Americans liable for violating certain "Created Civil Rights (CCRs)" as well as their "Civil Rights (CRs)"?

44. Should the U.S. government dictate to the U.S. citizens (private and public companies), morals, ethics, beliefs and personal opinions as "Civil Rights (CRs)"; even if most Americans or individuals disagree on what are considered "Civil Rights (CRs)"? Or, should preferential treatment be allowed for some U.S. citizens, and supersede the rights of most Americans or U.S. Citizens; which are guaranteed by the U.S. Constitution and the Bill of Rights?

45. How can morals, ethics, beliefs and personal opinions be considered "Civil Rights (CRs)", if they violate the rights of most U.S. citizens; who beliefs are different and disagree with certain morals, or ethics, beliefs and personal opinions? Or, Should those who do no agree, be forced to accept certain beliefs or opinions as "Civil Rights (CRs)", which can cause oppression, hardships and jail or prison time for some U.S. citizens (young and old)?

46. Is it a Civil Right (CR)" or a "Created Civil Right (CCR)", if someone in a family decide or states, they wanted to marry another family member (first cousin, or an aunt or a uncle) of the same sex, whither the individual is a male or female? Should most U.S. citizens be forced, against their wills, to accept something, they do not believe in, as "Civil Rights (CRs)" or "Created Civil Rights (CCRs)", which violate the rights of all Americans, which are guaranteed by the U.S. Constitution and the Bill of Rights?

47. Are "Civil Rights (CRs)", which cover all Americans and aliens, are these rights in conflict with "Created Civil Rights (CCRs)", which provide preferential treatment to specific Americans or groups or individuals? Do the U.S. Constitution and the U.S. Bill of Rights dictate preferential treatment for specific individuals or groups? How can preferential treatment, which violate the "Civil Rights (CRs)" of some U.S. citizens, be considered a "Civil Right (CR)" or do "Civil Rights (CRs)" discriminate?

48. An example: Will a minister be allowed to sue specific individuals or groups, if the minister is not allowed to preach (his or her beliefs, morals or opinions) in those businesses, homes, etc, for discrimination and violating the minister's "Civil Rights (CRs)" or "Created Civil Rights (CCRs)"? Or, is this a violation of specific individuals or groups, Civil and preferential treatment rights? Or, do the minister have the same preferential treatment rights, or is there a double standard, a "Civil Right (CR)" or a "Created Civil Right (CCR)"?

## QUESTION(S) PRESENTED

49. Or, is it the law for certain individuals or groups to force their beliefs and opinions as "Civil Rights (CRs)", but if an individual or U.S. citizen disagree, he or she do not have the same rights: If the beliefs and opinions, preferential treatment for some U.S. citizens or Americans are made into laws; if the minister disagree with those beliefs and opinions, will the minister have any "Civil Rights (CRs)"? Will he or she go to jail for violating laws, not guaranteed by the U.S. Constitution and the Bill of Rights?

50. Since nature can not be reversed, surgical or any other way, and since birth certificates are legal documents (which can not be changed); and the facts are, that individuals are either born a male or a female; if the law allow for sex changes; can the law change the facts? Why are their laws created to help or aid some individuals to live as liars, while others (individuals) are persecuted if they disagree with the lies? Why legalize somethings, even the animals do not do?

51. Is it not a hate crime when any individual (whither it is a mother or a father, a sister or a brother or a relative or a stranger) commits a violent crime against another individual? Why is the word "Hate" used to describe non-violent crimes or violent crimes against specific individuals or groups; when the law states that any American citizen or alien(s), accused of committing a violent crime or cause harm or death to another individual, is labeled a hate crime?

52. Do not Hate Crimes apply to all American citizens or aliens who are affected by acts of violence imposed upon them by anyone (whither it is a neighbor, a family member, a stranger, etc.)?

53. Can American citizens choose to vote as Independent voters instead of being forced to become a member of a particular party (i.e., Democrat or Republican); or, can Americans vote as Independent voters, for any candidate (i.e., Democrat, Republican, Libertarian, etc.), without having to registry as a Democrat or Republican or Libertarian, etc.?

54. What if American citizens wanted to vote for the candidates of their choice in all elections? Can the American voters have a choice of ballots or can they select from three (3) ballots, when they go the the polls in all elections (for example, a Democrat ballot; a Republican ballot; and a ballot for Independent voters)?

55. Do America, as a nation, still honor and obey the U.S. Constitution and the Bill of Rights? If Americans honor the laws of the land, why are some Americans persecuted for obeying the law, since the law was not set up to change people's hearts or the hearts of people?

56. Why should some American citizens be forced to accept something or somethings they do not believe in?

57. Why are the morals, personal beliefs, opinions and preferential treatment for some family members or certain members of American families, being forced upon most Americans as "Civil Rights (CRs)"?

58. If the law is setup to punish anyone who violate (or break) or abuse it, will individuals or any U.S. citizens be sent to jail/prison, for discrimination and for disobeying "Created Civil Rights (CCRs)" laws for specific groups (which consist of family members, loved ones, relatives, strangers, certain groups, etc.), if they disagree with those "Created Civil Rights (CCRs)" laws?

59. What will happen to America as a nation and the official (Congressmen and women, judges, attorney, legislators, etc.), when each individual's "Civil Rights (CRs)", are taken away?

60. If the rights of all U.S. citizens are guaranteed by the U.S. Constitution and the Bill of Rights; and for example, to avoid discriminating against all Americans (U.S. citizens and aliens); the entity (or symbol, who is not blind) "JUSTICE", placed a blindfold over her eyes; than, Who provided or assigned her a Guide Dog (formerly known as a Seeing Eye Dog, trained to aid those precious individuals with real life disabilities)?

## QUESTION(S) PRESENTED

61. Instead of a Guide Dog, Who provided or assigned her ("JUSTICE") a guard/attack dog; or why was she ("JUSTICE") assigned a guard/attack dog, who I will call F.I.D.A.C (a dog that was neither trained, nor provided by the good people who train Guide Dogs)*; and who replaced her ("JUSTICE") 2-edged Sword with the dog's front right paw or the right front paw of the guard/attack dog?
*(F-ederal; I-ntimidating (or in some cases, IRS), attack; D-og against; A-merican; C-itizens, U.S. Constitution Rights and Bill of Rights, Rights).

62. Why was the entity "JUSTICE" given a guard/attack dog in the first place, when she do not require the aid or service of a Guide Dog?

63. Since "JUSTICE" is an entity (or symbol), with a blindfold covering her eyes, so that there is no discrimination, when she render justice or when justice is rendered; will "JUSTICE's" guard/attack Dog (F.I.D.A.C.) be removed?

64. If "JUSTICE" covered her eyes with a blindfold, so that she will not discriminate, while meting out justice; Why do she need a Guide Dog (formerly a Seeing Eye Dog), as an aid to help her; but in this case a Guard/attack dog (F.I.D.A.C.), as a replacement for her eyes (which are covered by a self applied blindfold)?

65. Why was Dr. Frankenstein afraid of his own creation, in the novel by Mary Wollstonecraft Shelley? Was he afraid of his creation because, he had lost his control over Frankenstein, his creation? Why do some American citizens fear the U.S. government? Does Congress (which represent the cirizens of America) have control over the U.S. government, and varies U.S. government agencies?

66. If Dr. Frankenstein created a monster, is it not his responsibility to control the monster, and do not let the monster control him? Did Dr. Frankenstein create something he could not control? Should the American citizens live in terror, if their rights are violated, from day to day?

67. If Dr. Frankenstein created Frankenstein; and the U.S. Citizens and the Legislative branch created the U.S. government; should not he (Dr. Frankenstein) have control over his creation? And, the American citizens have control over the branches of the U.S. government and U.S. government agencies? Or, does the creation (i.e., Executive branch, Legislative branch, Judicial branch, the U.S. government and U.S. government agencies) control the creator (the American Citizens)?

68. Will the law allow states to print one Registration Form for all voters (i.e., [ ] Democrat; [ ] Republican; [ ] Libertarian; [ ] Independent voter); so that the voter can select the party of their choice or if the voter choose to vote as an Independent voter? And/or, print one ballot with the names of all of the candidates, so that the voter can vote for varies candidates, without voting for a party (i.e., a voter can vote for a Democrat senator; and a Republican governor, etc., on the same ballot)? A ballot for Independent voters with all of the candidates names?

69. Why was the Treasury(Service/IRS) not held accountable for violating employee's, Civil Rights; U.S. Constitution Rights; Bill of Rights, Amendment 14 Rights; Labor Law Rights; and the Privacy Act Rights?

70. Why did the Treasury(Service/IRS) violate the Privacy Act, by demanding employee produce or submit private medical documents or information, only to ignore or disregard the documents; and treated the documents as if they were false? Why was employee not shown any mercy, after 20 years of loyal service; but instead, employee was served a Giant combo meal of Intimidation, Cruelty and Rudeness?

## STATEMENT OF THE CASE

Employee was dismissed/fired from the Treasury(Service/IRS), on March 5, 2012 for disobeying a directive or directive orders.

Treasury(Service/IRS) was pre-warned for more than 12 months prior, that employee was having pending health issues; but employee's pleas were ignored or disregarded by the Treasury (Service/IRS), months before the directive orders were given.

Treasury/Management was informed by employee, prior to January 23, 25 and 30, 2012, that the employee was having pending health issues. Employee's health begin to deteriorate approximately 3-5 years, prior to 2012.

Employee was punished and penalized, when the Treasury(Service/IRS) demanded that the employee get on the telephone, inspite of warning from physician, that employee was having problems with her health.

When the Treasury(Service/IRS) ordered or demanded that the employee to get on the telephone; this was a gross and blatant disregard of employee's rights. A miscarriage of justice, based on the U.S. Constitution and the Bill of Rights, Amendment 14 Rights.

The Form 4536 (Application for Promotion/Reassignment), was submitted by employee to the Treasury(Service/IRS) on the following dates; 01-28-2011; 02-04-2011; 05-07-2011; 06-25-2011; 07-11-2011; 07-12-2011; 09-22-2011; 10-14-2011; and (2) on 01-12-2012; all ten (10) were rejected/denied, inspite of employee's pleas, and doctor's suggestions, due to health and misc. issues; within a 12-15 months or more timeframe.

Employee's request for a downgrade and reassignment were denied and ignored (Form 4536). In the meantime, employee continue to apply for varies clerk positions.

Treasury/Management demanded employee submit medical documents for Reasonable Cause Request (Form 13661). Treasury/Management was informed in December 2011, that employee would be making an appointment with her physician, in the month of January, 2012.

Treasury/Management was informed by employee and physician; that employee was not capable of handling the telephone calls form taxpayers, due to pending health and stress issues.

Letter (dated, 01-11-2012) from employee's Physician, which stated: "It is my professional opinion that due to stressors of my patient's current job position she needs to be transferred to a different and less stressful job position", was ignored by the Treasury(Service/IRS). Employee was informed by the Treasury/Management, Letter from her Physician, was not sufficient or was not enough to keep employee from getting on the telephone.

Treasury/Management was also aware and was informed by employee, appointment for annual physical, was February 22, 2012. Employee was seen by Physician on January 11, 2012 and February 22, 2012.

Employee was dismissed/fired by the Treasury(Service/IRS) before Form 13661 (Reasonable Accommodation Request) was assigned and processed by a Reasonable Cause (RA) Coordinator.

Form 13661 (Reasonable Accommodation Request), was submitted to the Treasury(Service/IRS) for processing, on Feb. 22, 2012, by employee, a day after employee's physical. Form 13661 was never processed by the Treasury(Service/IRS), and e-mails from RA Coordinator were also ignored.

## STATEMENT OF THE CASE

Prior to Directive orders and prior to dismissal or firing, Treasury(Service/IRS) committed the following violations: labor laws and common labor laws violations; the Service Codes of Ethics; Rules of Conducts; and employee's Civil Rights, U.S. Constitution Rights (Justice was disallowed), and the Bill of Rights, Amendment 14 Rights, were violated as well, when the Service ignored and disregarded employee's pleas.

Employee Privacy Act Rights were also violated; Treasury/Management is allowed only certain information with the expection that, that information is to be processed within a certain timeframe. Treasury/Management blatanly disregarded physician advice, violating the Privacy Act Rights and Labor laws.

There were not any causes for harassment from Management, unless employer (Treasury/Service/IRS) was seeking ways fo fire employee. Disregard for employee's rights, signify to employee, Treasury(Service/IRS), was seeking ways to dismiss or fire employee. Date of dismissal was input into the Computer, before Form 13661 (Reasonable Accommodation Request) was to be processed.

Due to job related stress and harassment from the Treasury/Management, employee met once a week with EAP Counselor, beginning or on, February 2, 2012.

Prior to January 2012, Treasury(Service/IRS) was aware that employee was out sick for 1-3 days at a time, due to severe and chronic sinus and ear infections.

Due to the Treasury(Service/IRS) negligence or total disregard toward medical documents, submitted by physician, signify the Treasury(Service/IRS) did not accept the documents as genuine (or authentic).

Since the Treasury(Service/IRS) refuse to honor the medical documents, and treated the medical information submitted by the physician, as if they were false documents; Employee's Privacy Act Rights were violated. Also, When the documents were ignored by the Treasury(Service/IRS); is an indication, that the Treasury(Service/IRS) did not believe, or accept documents; and treated the documents as if they were false.

Instead of Management questioning employee's character, which was out of the ordinary and not employee's normanl character; management ignored employee's pleas for help.

Employee was not aware or informed that the Treasury(Service/IRS) had assigned managers additional duties and responsibilities, to act as doctors, attorneys and judges, before and during Hearings for Form 13661 (Reasonable Accommodation Request). Should not all employees be informed of this change, as well?

Improvement in employee's health, but due to some health or on-going health issues, vertical ridges and splitting fingernails are still problems. Stress for the last two (2) years, have taken an additional toll on employee's health and body.

Employee followed the law, when health issues became a problem, by filing the correct paper work (Form 4536 and Form 13661); but the Treasury(Service/IRS) failed to follow moral and civil laws, and internal procedures.

Employee was prescribed prescription medication for 12 weeks, twice, by Specialist, within 3-5 years timeframe, prior to 2011 and 2012.

Disregard for employee's rights, signify to employee, Treasury(Service/IRS) was seeking ways to dismiss or fire employee. And, employee was not treated as other employees.

Therefore, the Treasury(Service/IRS) was aware, all this had taken place, yet did nothing (or did not do anything), except sweep it under the Rug. Instead of showing employee, Mercy and working with employee; the Treasury(Service/IRS) served employee a Giant combo meal of Intimidation, Cruelty and Rudeness, after 20 long, long, long years of loyal service.

## REASONS FOR GRANTING THE PETITION

THE CONSTITUTION OF THE UNITED STATES

WE THE PEOPLE of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution of the United States of America.

Amendment XIV (14)

Section 1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

Employee made an error when she signed Settlement/Agreement. If employee had an attorney, employee would never have signed Settlement/Agreement. Employee should have been represented by an attorney from the beginning.

Employee was taken advantage of by the Treasury(Service/IRS), because employee could not afford an attorney; and no attorney was interested in taking her case.

Employee is not an attorney and may be referred to as a "Dictionary Attorney"; because employee did not know how to plead her case, when employee signed Settlement/Agreement.

Employee filed the Appeals to correct the error. And, employee expected the Federal courts, as well as the Treasury(Service/IRS) to correct their error(s) as well.

Why should an American citizen have to represent his or her self before the most powerful and feared, U.S. government agency (Treasury/Service/IRS) in the world, without a qualified or trained attorney?

Are there programs available for federal government employees, taxpayers or individuals who can not afford to hire an attorney, or if an attorney refuse to represent an individual, due to the complexity of a case; and are there funds to cover expense legal fees?

Also, to assist government employees or taxpayer with grants, etc.; who can not afford an attorney or if an attorney refuse to accept low income cases or complex cases?

When employee signed Settlement/Agreement, employee was ignorant of the law;  since employee was not able to hire an attorney to represent her, before th Superior Court of Dekalb County, the MSPB (Merit Systems Protection Board), The United States Court of Appeals for the Federal Circuit; and the Treasury(Service/IRS).

Therefore, employee signed an illegal Settlement/Agreement; since the documents were signed without the proper representation of a qualified Attorney or a Specialist (trained to handle complex legal cases).

## REASONS FOR GRANTING THE PETITION

Employee understand now, based on the U.S. Constitution and the Bill of Rights, Amendment 14 Rights; how her "Civil Rights (CRs)" were violated by the Treasury(Service/IRS).

Without an attorney, employee was not able to provide proof or evidence, how her rights were violated when employee signed Settlement/Agreement. But, the Counsellors for the Treasury (Service/IRS) were aware of this, and took advantage of employee's ignonance of the law.

Employee did not violate the law, the Treasury(Service/IRS) violated employee's U.S. Constitution Rights and employee's Bill of Rights, Amendment 14 Rights.

Attorneys, nor individuals should never be afraid to challenge the Treasury(Service/IRS).

If the Counsellors for the Treasury(Service/IRS), Rights were violated by the Treasury (Service/IRS), as employee's Rights were violated; All Settlements/Agreements signed by those same Counsellors, would be considered invalid or Void, as well.

If the Treasury(Service/IRS) or the U.S. government expects an employee to be an accountable individual with intergrity, the same rules applies or should apply to the U.S. government and All Leaders.

If the Treasury(Service/IRS) and the U.S. government examine the taxpayers; Why can't the taxpayers examine the Treasury(Service/IRS) and the U.S. government?

Employee was deprived of her rights to be treated equal and fair, as other employees were treated; employee was not granted immunity from her duties as a CSR (Customer Service Representative), due to doctor's suggestions. Employee was harassed, penalized, written-up, dismissed or fired without Mercy or compassion; was not allowed a trial or hearing; was not suspended or reassigned, while dealing with pending health isses.

Treasury(Service/IRS) moved employee 4 times, during a 4-year timeframe; employee was give the same or exact Evaluation 4-years in a row; Which is also, a violation of any U.S. government employee's rights (to be given the same or exact Evaluation year after year, which affect all positions and salaries). The Treasury(Service/IRS) violated employee's Bill of Rights, Amendment 14 Rights; because employee did not receive equal protection and treatment, under the law, as other employees. Employee was assigned the most complex cases (ID Theft Cases, which involved multi years and taxpayers (TPs)); denied promotions or varies positions, due to poor and unfair Performance ratings.

Please release all of employee's suggestions/ideas submitted by employee; either other employees received the credit, recoginition and monetary rewards for the suggestions/ideas, which the Treasury(Service/IRS) stated, were not feasible. Employee would like to recycle and repackage suggestions/ideas and re-submit them to a software company; so that those suggestions/ideas can be presented or submitted to places like police stations, city and state governments, etc.

If the Treasury(Service/IRS) made use of any of the suggestions/ideas, submitted by employee; either other employees received the credit, recoginition and monetary rewards. Employee was not acknowledged, nor did she receive any credits or monetary rewards.

Dogs make good pets, but not in this case (when it is a hound from below). Please remove the worthless dog, name F.I.D.A.C. (F-ederal; I-ntimidating (or in some cases, IRS), attack; D-og against; A-merican; Citizens, U.S. Constitution Rights and Bill of Rights, Rights), assigned to the entity, "JUSTICE", by some unknown party, so that this employee can be allowed true Justice!

# I. INITIAL DISCLOSURES

# ATTACHMENT D

## (PLEASE SEE ATTACHMENT C)